IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| READA COLLINSWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:06-0073 |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The reference to the Magistrate Judge in this case is withdrawn.

It is so ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge