IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| READA COLLINSWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:06-0073 |
| v. ) | Senior Judge Thomas A. Wiseman, Jr. |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Reada Collinsworth filed this civil action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of the final decision of the Commissioner of Social Security denying her application for Supplemental Security Insurance ("SSI") benefits, as provided under Title XVI of the Social Security Act ("the Act"), as amended. Before the Court is Plaintiff's Motion for Judgment on the Administrative Record. (Doc. No. 14.) Defendant has filed a Response in opposition thereto, arguing that the decision of the Commissioner is supported by substantial evidence in the record and should be affirmed. (Doc. No. 20.)

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion is **DENIED** and the decision of the Commissioner **AFFIRMED**. Judgment is hereby entered in favor of the Commissioner and this matter is **DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

THOMAS A. WISEMAN, JR.
Senior United States District Judge